IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Randall Todd Rickenbaker, | C/A No.: 5:21-2195-MGL-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Aaron Ira Matthew Norton and Steven M. Williams, | |
| Defendants. | |

This matter comes before the court on the motion [ECF No. 33] of Aaron Ira Matthew Norton and Steven M. Williams ("Defendants") to compel Randall Todd Rickenbaker ("Plaintiff") to produce responses to Defendant's Interrogatories and Requests for Production ("Discovery Requests"), which are attached to Defendants' motion at ECF No. 33-1.

The motion indicates the Discovery Requests were first served on Plaintiff on December 14, 2022. On January 31, 2023, defense counsel requested responses from Plaintiff, but has received neither responses nor a response to the letter as of the date of the motion. [ECF No. 33-2].

In light of the foregoing, the court grants Defendants' motion to compel. Plaintiff is directed to provide responses to the Discovery Requests by March 8, 2023. Because Plaintiff failed to timely respond to the Discovery Requests,

1

any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order may result in sanctions, including payment of Defendants' attorneys' fees and costs in preparing such motions.

    IT IS SO ORDERED.

February 22, 2023                        Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge